```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONARD MORALES,

                Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                Defendants.

1:22-cv-8430 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff commenced this action by filing a complaint in this District. [ECF No. 1]. All of the events described in the complaint, however, occurred in the Eastern District of New York, which has jurisdiction over any witnesses and evidence to the instant action. [ECF No. 23]. As a result, in the interest of justice and per the parties' consent, the Court transfers this action to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a). [ECF No. 23]. The Clerk of Court respectfully is requested to effectuate the transfer and to close the motion pending at ECF No. 22.

**SO ORDERED.**

**Date:  March 6, 2023**
        **New York, NY**

                                                        **MARY KAY VYSKOCIL**
                                                        **United States District Judge**